July 8, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

FRANCHESKA V. JAGANATHAN, Appellant

NO. 14-13-00356-CR                          v.

THE STATE OF TEXAS, Appellee

_____

      This cause was heard on the transcript of the record of the court below. The record reveals error in the judgment. The Court orders the judgment **REVERSED** and **REMANDED** for a new trial consistent with its opinion.

      We order THE STATE OF TEXAS to pay all costs incurred in this appeal.

      We further order this decision certified below for observance.